# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:19-cv-00111-JLS-DFM | Date | May 8, 2019 |
| Title | Joseph Sanchez v. Wendys No. 7421 et al. | | |

Present: The Honorable **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE**

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL

Counsel is hereby ordered to show cause in writing no later than **May 15, 2019,** why this action should not be dismissed for lack of prosecution. The Court notes in this regard, that absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m). An action may be dismissed prior to such time if plaintiff has not diligently prosecuted the action. No oral argument will be heard unless otherwise ordered by the Court. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

Counsel is advised that the Court will consider either the filing of a responsive pleading by defendant(s) to the complaint, or a proof of service (indicating proper service in full compliance with the federal rules) as to the defendant(s), on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

|  | : |
|---|---|
| Initials of Preparer | tg |